IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ADRIAN FRANCIS WILLIAMS,**

    **Plaintiff,**

v.   Case No.   4:13cv298-MW/CAS

**WARDEN RANDELL BRYANT,**
**et al.,**

    **Defendants.**
_____/

**ORDER ACCEPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No.106, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation. ECF No.109. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Defendants motions to dismiss, ECF Nos. 83 and 94, are **GRANTED.** Plaintiff's sixth amended complaint, ECF No. 76, is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2) as to the claims against Gould and Southerland, and failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997(e) as to all other Defendants. The Clerk

shall note on the docket this cause is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)."  ECF No. 107 is **DENIED**.  The Clerk shall close the file.

**SO ORDERED on September 4, 2015.**

<u>s/Mark E. Walker</u><br>
**United States District Judge**